UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JEFFREY A. KEMPER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. C11-1934-RSL-MAT<br><br>[~~PROPOSED~~] ORDER FOR EXTENTION OF TIME TO FILE A RESPONSE |

　　Based on Defendant's Motion, it is hereby ORDERED that the Responsive Pleading Date shall be amended as follows:

　　Defendant shall have up to and including February 29, 2012, to file a Response to Platiniff's Complaint.

　　DATED this 27th day of January, 2011.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [C11-1934-RSL-MAT]

1
2
Presented by:

3
s/ Daphne Banay
DAPHNE BANAY
Special Assistant U.S. Attorney
4
Office of the General Counsel
Social Security Administration
5
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
6
Telephone:  (206) 615-2113
Fax:  (206) 615-2531
7
daphne.banay@ssa.gov

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24