IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JEFFREY A. KEMPER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. C11-1934-RSL-MAT<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR A TWO-WEEK EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (Dkt. 16) |

The Court hereby GRANTS Plaintiff's Unopposed Motion for a Two-Week Extension of Time to File Response to Defendant's Motion to Dismiss Plaintiff's Complaint and ORDERS the Clerk to note Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt. 16) on the motion calendar for April 8, 2012.

Dated this 19th day of March, 2012.

                      s/ Mary Alice Theiler
                      United States Magistrate Judge

Order - 1 [No. C11-1934-RSL-MAT]

1 | Presented by:

2 | Robert A. Friedman
3 | Robert A. Friedman & Assoc.
  | 3410 Broadway
4 | Everett, Washington 98201
  | (425) 252-5551
5 | cshear@rafalaw.com

26 | Order - 2 [No. C11-1934-RSL-MAT]