1

2

3

4

5

6

7                      IN THE UNITED STATES DISTRICT COURT
                    FOR THE WESTERN DISTRICT OF WASHINGTON
8                              SEATTLE DIVISION

9   JEFFREY A. KEMPER,                    )
                                          )      No. C11-1934-RSL-MAT
10         Plaintiff,                      )
                                          )
11  v.                                     )      [PROPOSED] ORDER GRANTING
                                          )      PLAINTIFF'S MOTION FOR A
                                          )      TWO-WEEK EXTENSION OF TIME
12  MICHAEL J. ASTRUE,                     )      TO FILE PLAINTIFF'S RESPONSE
    Commissioner of Social Security,       )      TO DEFENDANT'S MOTION TO
13                                         )      DISMISS PLAINTIFF'S COMPLAINT
                                          )
14         Defendant.                      )      (Dkt. 16)

15

16          The Court hereby GRANTS Plaintiff's Unopposed Motion for a Two-Week Extension

17  of Time to File Response to Defendant's Motion to Dismiss Plaintiff's Complaint and

18  ORDERS the Clerk to note Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt. 16) on

19  the motion calendar for April 8, 2012.

20          Dated this 19th day of March, 2012.

21                                       s/ Mary Alice Theiler
                                         United States Magistrate Judge
22

23

24

25

26  Order - 1 [No. C11-1934-RSL-MAT]

Presented by:

Robert A. Friedman
Robert A. Friedman & Assoc.
3410 Broadway
Everett, Washington 98201
(425) 252-5551
cshear@rafalaw.com

Order - 2 [No. C11-1934-RSL-MAT]