UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JEFFREY A. KEMPER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. C11-1934-RSL-MAT<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME |

　　　　The Court has reviewed Defendant's Motion for Extension of Time and the Declaration of Peter A. Winn filed therewith. Upon the understanding that Plaintiff has no opposition to the Motion, the Court hereby GRANTS Defendant's motion, and ORDERS that Defendant shall have up to and including April 27, 2012, to file a Reply to Plaintiff's Response to Defendant's Motion to Dismiss, and shall have the same time frame to answer or otherwise respond to Plaintiff's Amended Complaint.

　　　　DATED this 6th day of April, 2012.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　ORDER - [C11-1934-RSL-MAT]

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | *s/Peter Winn*<br>PETER A. WINN |
| 4 | Assistant U.S. Attorney |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |